# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARLENE WISHWANICK AND WALTER WISHWANICK, JR.,** | : | **CIVIL ACTION NO. 1:18-CV-0594** |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **VIRGINIA BRACKINS AND DAVID BRACKINS,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 4th day of December, 2018, upon consideration of the plaintiffs' concurred in motion (Doc. 15) to amend case management order, it is hereby ORDERED that said motion is GRANTED, to the extent that the following revised pretrial and trial schedule shall apply to this case:

| | |
|---|---|
| Jury Selection/Trial Date | October 7, 2019 at 9:30 a.m. |
| Fact Discovery Deadline | February 28, 2019 |
| Dispositive Motions & Supporting Briefs | April 8, 2019 |
| Motions in Limine & Supporting Briefs | August 5, 2019 |
| Final Pretrial Conference | September 25, 2019 at 1:30 p.m. |
| Pretrial Memoranda | September 18, 2019 by noon |
| Plaintiffs' Expert Report(s) | April 8, 2019 |
| Defendants' Expert Report(s) | May 6, 2019 |
| Supplemental/Rebuttal Expert Report(s) | May 20, 2019 |
| Proposed Voir Dire Questions | September 25, 2019 |
| Proposed Jury Instructions | September 25, 2019 |

All other instructions and guidelines set forth in the court's original case management order (Doc. 11), dated May 17, 2018, shall remain in full force and effect except as modified herein.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania